UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GILBERT MOSES, JR.,<br><br>　　　　　Defendant. | Case No. MJ09-94-BAT-2<br><br>DETENTION ORDER |

Offenses charged:

　　Conspiracy to Commit Assault

　　Assault Resulting in Serious Bodily Injury

Detention Hearing: March 13, 2009.

　　The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

　　FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

　　The government made a proffer regarding the serious and violent nature of the allegations, the defendant's role, his lengthy criminal history which includes crimes of violence and escape

DETENTION ORDER -1

and his substance abuse problems.   Defendant through counsel did not contest detention in view of charges filed in Tribal Court ordering defendant's detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 13th of March, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2